**STATE OF RHODE ISLAND**
**PROVIDENCE COUNTY, SC**

**SUP⌐   ⌐R COURT**

| | |
|---|---|
| **RICHMOND MOTOR SALES, INC.,** : | |
| **and JUSTIN POTTER** : | |
| : | |
| *Plaintiffs,* : | **C.A. No.: 2013-5407** |
| : | |
| **vs.** : | |
| : | |
| **PROGRESSIVE CASUALTY** : | |
| **INSURANCE COMPANY a/k/a THE** : | |
| **PROGRESSIVE CORPORATION,** : | |
| : | |
| *Defendant.* : | |

## AMENDED COMPLAINT AND JURY DEMAND

**NOW COME** the Plaintiffs and hereby commence this instant action against the

Defendant to recover monies due in accordance with Rhode Island State Law.

### *Parties*

1.      The Plaintiff, Richmond Motor Sales, Inc. (hereinafter "Richmond"), is a Rhode

Island Domestic Profit Corporation with a principal office located at 700 North Main Street,

Providence, Rhode Island.

2.      The Plaintiff, Justin Potter (hereinafter "Potter"), is a Rhode Island resident with

an address of 129 Chestnut Hill Avenue, Cranston, Rhode Island.

3.      The Defendant, Progressive Casualty Insurance Company a/k/a The Progressive

Corporation (hereinafter "Defendant" or "Progressive"), is an Ohio Corporation engaged in the

business of supplying products in several States, including the State of Rhode Island.

4.      Plaintiffs Richmond and Potter will be referred to in their individual capacities or

collectively referred to as the "Plaintiffs" where appropriate.



SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2013 NOV 15 P 4: 1

### *Jurisdiction*

5.      This Court has jurisdiction over the subject matter herein pursuant R.I. Gen. Laws

§ 8-2-14.

### *General Allegations*

6.      Potter rented a 2010 Hyundai Sonata (hereinafter "Car") from Richmond on or

about April 8, 2013. *See Contract attached at* Exhibit A.

7.      Richmond entered into the rental agreement with Potter after he produced a copy

of his Rhode Island State Driver's License and an Auto Liability Insurance Identification Card

issued by Defendant, attached hereto at Exhibit B. Richmond verified that Potter, minimally,

carried automobile liability insurance.

8.      Richmond documented the physical condition of the Car in several photographs

taken in the presence of Potter, prior to his rental of the Car. *See Walk-Around Form and fifteen*

*photographs attached with Contract at* Exhibit A.

9.      On or about April 22, 2013, the Car, while in the custody and control of Potter,

was damaged as a result of a collision with another vehicle while it was traveling south on Huron

Street in Providence, Rhode Island. *See Providence Incident Report and State of Rhode Island*

*Uniform Crash Report attached as* Exhibit C.

10.     The Car was inspected by a Progressive appraiser on or about April 25, 2013 and

declared a "total loss". *See Appraisal Appointment and Vehicle Valuation Report attached at*

Exhibit D.

11.     The Car was towed to Dean Auto Collision Center and stored there until an

appraiser from Progressive inspected the Car. The cost for the towing of the Car was $277.00.

The Car is currently in storage and accruing storage fees at $24.00 per day, pursuant to

2

Regulation 73 of the Rhode Island Department of Business Regulation, Insurance Division. *See*

*Towing & Storage Fees attached at* Exhibit E.

12.    Despite numerous attempts, Richmond has not obtained payment from the

Defendant for the full value of the total loss of the Car.

13.    To date, Richmond has not received compensation for the damage to the Car, as

described herein.

**COUNT I**
*(Declaratory Judgment as to the Violation of Liability Insurance Coverage)*

14.    Plaintiffs reallege and incorporate paragraphs 1 through 13 as if set forth fully

herein.

15.    Rhode Island General Law § 27-7-6 states that, "For liability assumed under a

written contract, coverage shall be provided under the property damage liability section of an

insured's private passenger automobile insurance policy. Property damage coverage shall extend

to a rented motor vehicle, under ten thousand (10,000) lbs, without regard to negligence for a

period not to exceed sixty (60) consecutive days."

16.    Potter's liability insurance coverage from Progressive extends to cover any rented

motor vehicle based on State law; therefore, any damage to the Car must be covered by

Progressive.

17.    Progressive's failure to remit payment to Richmond the full value of the total loss

of the Car as described herein, is in violation of Rhode Island General Law § 27-7-6.

18.    As a direct and proximate result of Progressive's failure to remit payment to

Richmond for the full value of the total loss of the Car, Richmond has suffered damages.

**WHEREFORE,** Plaintiffs respectfully pray that this Honorable Court enter an order that

provides as follows:

a. A declaration by this Court, pursuant to, and in accordance with, Rhode Island
General Laws § 9-30-1, *et seq.*, that Progressive has violated Rhode Island General
Law § 27-7-6;

b. An award to Plaintiffs of any and all attorneys' fees, costs and other disbursements or
expenses incurred by Plaintiffs as a result of prosecuting the above-captioned matter;
and,

c. An award to Plaintiffs of such other further relief as this Court may deem fair, just
and equitable.

**COUNT II**
*(Bad Faith/ Breach of Implied Good Faith Against the Defendant)*

19.     Plaintiffs reallege and incorporate paragraphs 1 through 18 as if set forth fully
herein.

20.     Progressive's failure to resolve the claim associated with the damages sustained
by the Car, asserted pursuant to Potter's insurance policy constitutes a breach of the implied
covenant of good faith and fair dealing, as mandated by State law, and required under the terms
of the insurance coverage, pursuant to State law.

21.     Progressive's actions, as described herein, are in violation of Rhode Island
General Law § 9-1-33.

22.     As a direct and proximate result of Progressive's violation of Rhode Island
General Law § 9-1-33, the Plaintiffs have suffered damages.

**WHEREFORE,** the Plaintiffs demand judgment against Progressive for all
compensatory damages provable at trial, interest, punitive damages, and all attorneys' fees, costs
and expenses incurred in prosecuting this instant action, and any such other and further relief as
may be deemed just by this Honorable Court.

## COUNT III
### *(Damages)*

23.     Plaintiffs reallege and incorporate paragraphs 1 through 22 as if set forth fully herein.

24.     As a result of the damages sustained to the Car or about April 22, 2013, the Car was deemed a total loss and could no longer be rented.

25.     As a direct and proximate cause of being unable to rent the Car, Richmond has suffered damages.

**WHEREFORE**, Plaintiffs respectfully pray that this Honorable Court enter an order that provides as follows:

a. An award of damages compensating Richmond for its loss of use of the Car;

b. An award of towing and daily storage fees for the storage of the Car at a licensed repair facility to preserve it as evidence;

c. An award of damages compensating Richmond for the full value of the total loss of the Car;

d. An award to Plaintiffs of any and all attorneys' fees, costs and other disbursements or expenses incurred by Plaintiffs as a result of prosecuting the above-captioned matter; and,

e. An award to Plaintiffs of such other further relief as this Court may deem fair, just and equitable.

### JURY DEMAND

Plaintiff hereby demands a trial by jury, designating John O. Mancini, as its lead counsel.

Plaintiffs,

**RICHMOND MOTORS SALES, INC.,
AND JUSTIN POTTER**

By and through their attorneys,

_____

John O. Mancini, Esquire (#6061)
Nicholas J. Goodier, Esquire (#7858)
Law Offices of Michael A. Kelly, PC
128 Dorrance Street, Suite 300
Providence, RI 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874

Dated: November **5**, 2013

N:\Badway, Thomas\Progressive Potter CA No. 13-5407\Pleadings\Complaint\Richmond Motors - Justin Potter Amended Complaint.docx

 

## EXHIBIT A

13~ 3617 556

Heather Martin

## RICHMOND MOTOR SALES AND RENTAL
### P O BOX 9043
### PROVIDENCE    RI    02940
### Tel: 401-369-7779 or 401-228-7600
### Fax: 401-369-7211 or 401-521-2904

RA 23818

| Renter (Print) | Phone | Social Security # | Year/Make | Vehicle # |
|---|---|---|---|---|
| JUSTIN POTTER | (755) 714-0627 | | 2010   HYUNDAI | 283 |

| Home Address | City | State | Zip | Model | Tag | Fuel Out   E  99  1/2  3/4  F |
|---|---|---|---|---|---|---|
| 129 CHESTNUT HILL AVE | CRANSTON | RI | 02920 | SONATA | 986-424 | |

| Driver's License # | State | Exp. Date | Date of Birth | VIN# | Fuel In   E  1/4  1/2  3/4  F |
|---|---|---|---|---|---|
| 2818306 | RI | 03/16/2015 | | 5NPET4AC2AH654631 | |

| Insurance Company | Policy No. | Agent | | Odometer | | Date/Time Due In  04/09/2013 12:29 PM  AM PM |
|---|---|---|---|---|---|---|
| PROGRESSIVE | 608716485 | | | Out   45916 | | |

| Employer | Title | How Long? | In   48491 | | Date/Time Ext.  AM PM |
|---|---|---|---|---|---|

| Employer's Address | Phone | Supervisor | Miles Driven | | Date/Time Out  AM PM |
|---|---|---|---|---|---|

| Emergency Contact | Address | Phone | Miles Allowed   0 | | Date/Time In  04/08/2013 12:29 PM  4·22·73  AM PM |
|---|---|---|---|---|---|

### ABSOLUTELY NO DRIVERS UNDER 21 YEARS OF AGE

Excess Miles   0

| Additional Driver | Dr. Lic. # | State | Exp. Date | Date of Birth | Miles Allowed |
|---|---|---|---|---|---|
| NONE | | | | | |

| Insurance Company | Policy Number | Agent | Phone | Prepaid Rent | Deposit |
|---|---|---|---|---|---|

| Additional Driver | Dr. Lic. # | State | Exp. Date | Date of Birth | Rates | Charges |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

| Insurance Company | Policy Number | Agent | Phone | Miles @  0  c per mile   0.00 | 0.00 |
|---|---|---|---|---|---|

NOTICE: This contract offers, for an additional charge, a collision damage waiver to cover your responsibility for damage to the Vehicle. Before deciding whether to purchase the collision damage waiver, you may want to determine whether your own automobile insurance affords you coverage for damage to the rental vehicle and the amount of the deductible under your own insurance coverage. The purchase of collision damage waiver is not mandatory under this contract.

Read the collision damage waiver disclosure provision contained in the rental agreement before signing the rental agreement. You acknowledge that you received and read this notice before signing the rental agreement.

*[Renter's Signature]*
Renter's Signature

The operator's valid collectible liability or self-insurance providing coverage for any third party liability claims shall be primary, and the valid and collectible liability or self-insurance providing coverage or liability protection for any third-party liability claims for the owner and/or lessor arising out of the operation of the vehicle shall be excess.

**Collision Damage Waiver (CDW)**
___ By initialing here you agree to purchase our CDW. CDW does not cover all instances of damage to the Vehicle. There are exclusions. Subject to the terms of Paragraph 5 on the reverse, we will waive your responsibility for damage to the Vehicle.

___ By initialing here you decline to purchase our CDW, and you agree to be responsible for all damage to or loss or theft of the Vehicle.

**PERSONAL ACCIDENT INSURANCE (PAI) OR PERSONAL ACCIDENT COVERAGE (PAC)**
___ By initialing here you agree to purchase PAI or PAC, a summary of the terms of which appears in a separate brochure that you acknowledge receiving.

**PERSONAL EFFECTS COVERAGE (PEC)**
___ By initialing here you agree to purchase PEC, a summary of the terms of which appears in a separate brochure that you acknowledge receiving.

**Supplemental Liability Insurance (SLI)**
By initialing below you agree to purchase or decline SLI and you acknowledge receiving a separate brochure that summarizes the terms of the SLI policy. SLI does not cover all risks. There may be exclusions for unauthorized or intoxicated drivers, no first party uninsured motorist coverage, no coverage for certain passengers in the Vehicle, and other exclusions. Please read the SLI brochure carefully. If you decline to purchase SLI, you agree to be primary responsible for all damage or injury you cause to others or their property.

| | Hours  0  $ | 0.00 | 0.00 |
|---|---|---|---|
| | Days  0  $ | | |
| | Weeks  0  $ | 0.00 | 0.00 |

Loss of Use @ 30.00 Per day

| Total time and mileage | |
|---|---|
| | ___ @ $ ___ per day |
| | ___ @ $ ___ per day |
| | ___ @ $ ___ per day |

| Gas Charge | 4.75 / gal | 0.00 |
|---|---|---|
| SURCHARGE | 8.00 % | |
| SALES TAX | 7.00 % | |

| Total Tax Amount | |
|---|---|
| Subtotal | |
| | ___ @ $ ___ per day |
| | ___ @ $ ___ per day |
| | ___ @ $ ___ per day |
| Subtotal | |
| Total Amount Due | |

|  | SLI | PAI | PEC |
|---|---|---|---|
| ACCEPTED / DECLINED | ☐ | ACCEPTED / DECLINED ☐ | ACCEPTED / DECLINED ☐ |

By signing below, you indicate you have been given the opportunity to read, prior to signing, and you agree to the terms of, this Agreement. If you have presented a credit card for payment of deposit or for rental charges, all rental charges, including parking citations, may be billed to said credit card and your signature below is considered made on the applicable credit card voucher.

X *[signature]*
Renter's Signature

X
Additional Driver's Signature

| Customer Pay | Direct Bill 1 | Direct Bill 2 |
|---|---|---|
| Minus Deposit | | |
| Net Due Rental Location | | |
| Net Due Customer | | |

### ALL CHARGES SUBJECT TO FINAL AUDIT

Refund received by:

X

Remarks:

Authorized To Drive In
• Local 50/ _____ mile radius only or
• Originating From _____

Check Method of Payment
___ AE  ___ MC  ___ VISA
___ Cash  ___ Direct Bill  ___ Other

RI555 Rev. 3/10

### Rental Agreement Terms and Conditions

1. Definitions. "Agreement" means all terms and conditions found on both sides of this form. "You" or "your" means the person identified as the renter elsewhere in this Agreement, any person signing this Agreement, any Authorized Driver and any person or organization to whom charges are billed by us at its or the renter's direction. All persons referred to as "you" or "your" are jointly and severally bound by this Agreement. "We", "our" or "us" means the business named on the reverse side of this rental agreement. "Authorized Driver" means the renter and any additional drivers approved and listed by us on this Agreement, and any person defined as an authorized driver in a vehicle rental law of the state where the Vehicle is rented, provided that person has a valid driver's license and is at least age 21. "Vehicle" means the automobile or truck identified in this Agreement and any vehicle we substitute therefor, and all its tires, tools, accessories, equipment, keys and vehicle documents. "COW" means Collision Damage Waiver. "Loss of use" means the loss of our ability to use the Vehicle for any purpose due to damage to it, or loss of it, during this rental. Loss of use is calculated by multiplying the number of days from the date the Vehicle is damaged until it is replaced or repaired times the daily rental rate.

2. Rental, Indemnity and Warranties. This is a contract for the rental of the Vehicle. We may repossess the Vehicle at your expense without notice to you, if the Vehicle is abandoned or used in violation of law or this Agreement. You agree to indemnify us, defend us and hold us harmless from all claims, liability, costs and attorney fees we incur resulting from, or arising out of, this rental and your use of the Vehicle. We make no warranties, express, implied or apparent, regarding the vehicle, no warranty of merchantability and no warranty that the vehicle is fit for a particular purpose.

3. Condition and Return of Vehicle. You must return the Vehicle to our rental office on the date and time specified in this Agreement, and in the same condition that you received it, except for ordinary wear. If the Vehicle is returned after closing hours, you remain responsible for the safety of, and any damage to, the Vehicle until we inspect it upon our next opening for business. Service to the Vehicle or replacement of parts or accessories during the rental must have our prior approval. You must check and maintain all fluid levels.

4. Responsibility for Damage or Loss Reporting to Police. You are responsible for all damage to, or loss or theft of, the Vehicle, including damage caused by weather, road conditions and acts of nature, whether or not you are at fault. You are responsible for the cost of repair, or the actual cash retail value of the Vehicle on the date of the loss if the Vehicle is not repairable or if we elect not to repair the Vehicle, loss of use, diminished value of the Vehicle caused by damage to it or repair of it, and our administrative expenses incurred processing the claim. You must report all accidents or incidents of theft and vandalism to us and the police as soon as you discover them.

5. Damage Waiver. Notice about liability for damage to the rental vehicle: the state of Rhode Island requires us to provide the following information about your liability for damage to the rental vehicle and the purchase of a damage waiver. Liability for any damage to the rental vehicle may be covered by your personal insurance policy or credit card agreement. Check your insurance policy or credit card agreement about coverage. A damage waiver is not insurance. You do not have to purchase the damage waiver. You can decline it. If you purchase COW, we waive our right to collect from you for damage to the Vehicle. COW is not insurance. Even if you buy the damage waiver, you and any Authorized Driver will remain liable for damage to the Vehicle if it is used: (i) by anyone other than an Authorized Driver, even if the unauthorized driver is using the Vehicle with the renter's permission or accession; (ii) by an Authorized Driver while legally intoxicated or under the influence of any illegal drug or chemical as defined or determined under the law of the state in which damage to the Vehicle occurs; (iii) by anyone who obtained the Vehicle or obtained approval as an Authorized Driver by giving us fraudulent information; (iv) by an Authorized Driver to commit a felony;·(v) to carry persons or property for hire, to push or tow anything, or outside the United States or Canada, unless a State geographic restriction is noted on the reverse side of this agreement; (vi) by an Authorized Driver while engaging in any speed test; b) damage to, or loss of, the Vehicle is intentionally, willfully or wantonly caused by an Authorized Driver, or c) damage or loss is incurred if the vehicle is stolen and the renter or authorized driver fails to return the original ignition key, fails to file a police report within 72 hours of discovering the theft, or fails to cooperate with the rental company, police or other authorities in all matters connected with the investigation of the theft.

5. Insurance. You are responsible for all damage or loss you cause to other's. You agree to provide auto liability, collision and comprehensive insurance covering you, us and the Vehicle. Where state law requires us to provide auto liability insurance, or if you have no auto liability insurance, we provide auto liability insurance (the "Policy") that is secondary to any other valid and collectible insurance whether primary, secondary, excess or contingent. The Policy provides bodily injury and property damage liability coverage with limits no higher than minimum levels prescribed by the vehicular financial responsibility laws of the State whose laws apply to the loss. You and we reject PIP, medical payments, no-fault and uninsured and under-insured motorist coverage, where permitted by law. Coverage applies in the United States and Canada. Coverage is void if you violate the terms of this Agreement or if you fail to cooperate in any loss investigation conducted by us or our insurer. Giving the Vehicle to an unauthorized driver terminates coverage under the Policy.

7. Charges. You will pay us, or the appropriate government authorities, on demand all charges due us under this Agreement, including: (a) time and mileage for the period you keep the Vehicle, or a mileage charge based on our experience if the odometer is tampered with, or disconnected; (b) charges for additional drivers; (c) optional products and services you purchased; (d) fuel and a refueling charge, if you return the Vehicle with less fuel than when rented; (e) applicable taxes; (f) all parking, traffic and toll violations, fines, penalties, forfeitures, court costs, towing and storage charges and other expenses involving the Vehicle assessed against us or the vehicle; if you fail to pay the charging authority, you will pay us the full amount of the charges plus our administrative fee of $50 for each violation; (g) all expenses we incur in locating and recovering the Vehicle if you fail to return it or if we elect to repossess the Vehicle under the terms of this Agreement; (h) all costs, including pre- and post-judgment attorney fees, we incur collecting payment from you or otherwise enforcing or defending our rights under this Agreement; (i) a 2% per month late payment fee, or the maximum amount allowed by law, on all amounts past due; (k) $50 or the maximum amount permitted by law, whichever is greater, if you pay us with a check returned unpaid for any reason; and (l) a reasonable fee not to exceed $250 to clean the Vehicle if returned substantially less clean than when rented.

8. Deposit. We may use your deposit to pay any amounts owed to us for Rental Charges under this Agreement.

9. Your Property. You release us, our agents and employees from all claims for loss of, or damage to, your personal property or that of any other person, that we received, handled or stored, or that was left or carried in or on the Vehicle or in any service vehicle or in our offices, whether or not the loss or damage was caused by our negligence or was otherwise our responsibility.

10. Breach of Agreement. The acts listed in paragraph 5, above, are prohibited uses of the Vehicle and breaches of this Agreement. You waive all recourse against us for any additional reports or prosecutions that we take against you that arise out of your breach of this Agreement.

11. Modifications. No term of this Agreement can be waived or modified except by a writing that we have signed. If you wish to extend the rental period, you must return the Vehicle to our rental office for inspection and written amendment by us of the due-in date. This Agreement constitutes the entire agreement between you and us. All prior representations and agreements between you and us regarding this rental are void.

12. Miscellaneous. A waiver by us of any breach of this Agreement is not a waiver of any additional breach or waiver of the performance of your obligations under this Agreement. Our acceptance of payment from you or our failure, refusal or neglect to exercise any of our rights under this Agreement does not constitute a waiver of any other provision of this Agreement. Unless prohibited by law, you release us··from any liability for consequential, special or punitive damages in connection with this rental or the reservation of a vehicle. If any provision of this Agreement is deemed void or unenforceable, the remaining provisions are valid and enforceable.

## Rental Agreement Terms and Conditions

1. Definitions. "Agreement" means all terms and conditions found on both sides of this form. "You" or "your" means the person identified as the renter elsewhere in this Agreement, any person signing this Agreement, any Authorized Driver and any person or organization to whom charges are billed by us at its or the renter's direction. All persons referred to as "you" or "your" are jointly and severally bound by this Agreement. "We", "our" or "us" means the business named on the reverse side of this rental agreement. "Authorized Driver" means the renter and any additional drivers approved and listed by us on this Agreement, and any person defined as an authorized driver in a vehicle rental law of the state where the Vehicle is rented, provided that person has a valid driver's license and is at least age 21. "Vehicle" means the automobile or truck identified in this Agreement and which we substitute therefor, and all its tires, tools, accessories, equipment, keys and vehicle documents. "COW" means Collision Damage Waiver. "Loss of use" means the loss of our ability to use the Vehicle for any purpose due to damage to it, or loss of it, during this rental. Loss of use is calculated by multiplying the number of days from the date the Vehicle is damaged until it is replaced or repaired times the daily rental rate.

2. Rental, Indemnity and Warranties. This is a contract for the rental of the Vehicle. We may repossess the Vehicle at your expense without notice to you, if the Vehicle is abandoned or used in violation of law or this Agreement. You agree to indemnify us, defend us and hold us harmless from all claims, liability, costs and attorney fees we incur resulting from, or arising out of, this rental and your use of the Vehicle. We make no warranties, express, implied or apparent, regarding the vehicle, no warranty of merchantability and no warranty that the vehicle is fit for a particular purpose.

3. Condition and Return of Vehicle. You must return the Vehicle to our rental office on the date and time specified in this Agreement, and in the same condition that you received it, except for ordinary wear. If the Vehicle is returned after closing hours, you remain responsible for the safety of, and any damage to, the Vehicle until we inspect it upon our next opening for business. Service to the Vehicle or replacement of parts or accessories during the rental must have our prior approval. You must check and maintain all fluid levels.

4. Responsibility for Damage or Loss Reporting to Police. You are responsible for all damage to, or loss or theft of, the Vehicle, including damage caused by weather, road conditions and acts of nature, whether or not you are at fault. You are responsible for the cost of repair, or the actual cash retail value of the Vehicle on the date of the loss if the Vehicle is not repairable or if we elect not to repair the Vehicle, loss of use, diminished value of the Vehicle caused by damage to it or repair of it, and our administrative expenses incurred processing the claim. You must report all accidents or incidents of theft and vandalism to us and the police as soon as you discover them.

5. Damage Waiver. Notice about liability for damage to the rental vehicle: the state of Rhode Island requires us to provide the following information about your liability for damage to the rental vehicle and the purchase of a damage waiver. Liability for any damage to the rental vehicle may be covered by your personal insurance policy or credit card agreement. Check your insurance policy or credit card agreement about coverage. A damage waiver is not insurance. You do not have to purchase the damage waiver. You can decline it. If you purchase COW, we waive our right to collect from you for damage to the Vehicle. COW is not insurance. Even if you buy the damage waiver, you and any Authorized Driver will remain liable for damage if: a) the Vehicle is used: (i) by anyone other than an Authorized Driver, even if the unauthorized driver is using the Vehicle with the renter's permission or accession; (ii) by an Authorized Driver while legally intoxicated or under the influence of any illegal drug or chemical as defined or determined under the law of the state in which damage to the Vehicle occurs; (iii) by anyone who obtained the Vehicle or obtained approval as an Authorized Driver by giving us fraudulent information; (iv) by an Authorized Driver to commit a felony; (v) to carry persons or property for hire, to push or tow anything, or outside the United States or Canada, unless a State geographic restriction is noted on the reverse side of this agreement; (vi) by an Authorized Driver while engaging in any speed test; b) damage to, or loss of, the Vehicle is intentionally, willfully or wantonly caused by an Authorized Driver or c) damage or loss is incurred if the vehicle is stolen and the renter or authorized driver fails to return the original ignition key, fails to file a police report within 72 hours of discovering the theft, or fails to cooperate with the rental company, police or other authorities in all matters connected with the investigation of the theft.

6. Insurance. You are responsible for all damage or loss you cause to other's. You agree to provide auto liability, collision and comprehensive insurance covering you, us and the Vehicle. Where state law requires us to provide auto liability insurance, or if you have no auto liability insurance, we provide auto liability insurance (the "Policy") that is secondary to any other valid and collectible insurance whether primary, secondary, excess or contingent. The Policy provides bodily injury and property damage liability coverage with limits no higher than minimum levels prescribed by the vehicular financial responsibility laws of the State whose laws apply to the loss. You and we reject PIP, medical payments, no-fault and uninsured and under-insured motorist coverage, where permitted by law. Coverage applies in the United States and Canada. Coverage is void if you violate the terms of this Agreement or if you fail to cooperate in any loss investigation conducted by us or our insurer. Giving the Vehicle to an unauthorized driver terminates coverage under the Policy.

7. Charges. You will pay us, or the appropriate government authorities, on demand all charges due us under this Agreement, including: (a) time and mileage for the period you keep the Vehicle, or a mileage charge based on our experience if the odometer is tampered with or disconnected; (b) charges for additional drivers; (c) optional products and services you purchased; (d) fuel and a refueling charge, if you return the Vehicle with less fuel than when rented; (e) applicable taxes; (f) all parking, traffic and toll violations, fines, penalties, forfeitures, court costs, towing and storage charges and other expenses involving the Vehicle assessed against us or the vehicle; if you fail to pay the charging authority, you will pay us the full amount of the charges plus our administrative fee of $50 for each violation;  (g) all expenses we incur in locating and recovering the Vehicle if you fail to return it or if we elect to repossess the Vehicle under the terms of this Agreement; (h) all costs, including pre- and post-judgment attorney fees, we incur collecting payment from you or otherwise enforcing or defending our rights under this Agreement: i) a 2% per month late payment fee, or the maximum amount allowed by law, on all amounts past due; (k) $50 or the maximum amount permitted by law, whichever is greater, if you pay us with a check returned unpaid for any reason; and (l) a reasonable fee not to exceed $250 to clean the Vehicle if returned substantially less clean than when rented.

8. Deposit. We may use your deposit to pay any amounts owed to us for Rental Charges under this Agreement.

9. Your Property. You release us, our agents and employees from all claims for loss of, or damage to, your personal property or that of any other person, that we received, handled or stored, or that was left or carried in or on the Vehicle or in any service vehicle or in our offices, whether or not the loss or damage was caused by our negligence or was otherwise our responsibility.

10. Breach of Agreement. The acts listed in paragraph 5, above, are prohibited uses of the Vehicle and breaches of this Agreement. You waive all recourse against us for any criminal reports or prosecutions that we take against you that arise out of your breach of this Agreement.

11. Modifications. No term of this Agreement can be waived or modified except by a writing that we have signed. If you wish to extend the rental period, you must return the Vehicle to our rental office for inspection and written amendment by us of the due-in date. This Agreement constitutes the entire agreement between you and us. All prior representations and agreements between you and us regarding this rental are void.

12. Miscellaneous. A waiver by us of any breach of this Agreement is not a waiver of any additional breach or waiver of the performance of your obligations under this Agreement. Our acceptance of payment from you or your failure, refusal or neglect to exercise any of our rights under this Agreement does not constitute a waiver of any other provision of this Agreement. Unless prohibited by law, you release us from any liability for consequential, special or punitive damages in connection with this rental or the reservation of a vehicle. If any provision of this Agreement is deemed void or unenforceable, the remaining provisions are valid and enforceable.

13 - 3617 556



NOTICE:
THE LAW REQUIRES THAT THE REGISTRY
SHALL BE NOTIFIED WITHIN 10 DAYS OF
ANY CHANGE IN NAME OR ADDRESS.

**OF RHODE ISLAND**
ENT OF ADMINISTRATION
OF MOTOR VEHICLES

PRIVATE PASS

**REGISTRATION
CERTIFICATE**

| REGISTRATION NO. | PLATE TYPE | OWNER'S DRIVER'S LIC. NO. (IF INDIVIDUAL) | REGISTRATION VALID THROUGH LAST DAY OF |
|---|---|---|---|
| 986424 | 01 | | OCTOBER 2013 |

2010

HYUN
SON

4DR
ET
BROWN
3327

NPET4AC2AH654631

OWNER:
RICHMOND MOTOR SALES INC
PO BOX 9043
PROVIDENCE    RI 02940

RESIDENCE ADDRESS (IF DIFFERENT FROM ABOVE)
700 NORTH MAIN ST
PROVIDENCE    RI 0 504

SERIAL NO.

VALID ONLY WHEN DATED
AND STAMPED WITH OFFICIAL STAM

13 - 3617 556

HEATHer Martin

# Walk-Around Form

| **OUT** | **IN** |
|---|---|
| Date Out  4 / 8 / 13 | Date In ___ / ___ / ___ |
| Time Out  12 : 30   AM  (PM) | Time In ___ : ___   AM  PM |
| Odometer Reading  45916 | Odometer Reading _____ |
| Gas Out   E  1/8  (1/4)  3/8  1/2  5/8  3/4  7/8  F | Gas Out   E  1/8  1/4  3/8  1/2  5/8  3/4  7/8  F |

_____ Customer has CDW  ✗  Customer is responsible for damage

Exterior    Clean

The windshield has no damage ✗
_initials_

Tires    ✓ OK ___ Fair                          RIGHT

Jack     ✓ OK ___ Fair        FRONT

Spare    ✓ OK ___ Fair                                        REAR

Gas Cap  ✓ OK ___ Fair

Hub Cap #  0  1  2  3  (4)

Headlights  ✓ OK                                LEFT

Tail Lights  ✓ OK

Interior    Clean                          X - dent
                                           o - scrape

---

*I accept this vehicle and acknowledge that all damage has been inspected by the rental agent and myself and it has been noted on this acceptance sheet.*

Renter's Signature _____    Date  4 / 8 / 13

Agents Signature  Kyl  Masd17        Date  4 / 8 / 13

Contract# ___ RA#23818 ___    Vehicle # ___ 283 ___

FORM WA-02-02

P O Box 701, Valley Forge, PA 19482
800 722-3229  FAX 610 933-4993
GMI





























